**Michael SHAW, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 57221.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 12, 1990.

Lew A. Kollias, Judith Larose, Columbia, for appellant.

---

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

### ORDER

Movant, Michael Shaw, appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would have no precedential value. A memorandum, solely for the use of the parties here involved, has been supplied stating the reasons for our so holding. Rule 84.16(b).